

FILED

JUN 1 1 2026 B6

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re: Demas Yan

Case No.:

_____ Debtor(s) ____ /

## CREDITOR MATRIX COVER SHEET

    I declare that the attached Creditor Mailing Matrix, consisting of _1___ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: 06/11/2026

_____
Signature of Debtor's Attorney or Pro Per Debtor

Case: 26-30518   Doc# 3   Filed: 06/11/26   Entered: 06/11/26 12:28:55   Page 1 of 2

HSBC Mortgage Corporation
PO BOX 4215
Buffalo, NY 14240

MR COOPER
PO BOX 60516
City Of Industry, CA 91716-0516