Asaph Abrams (SBN 222576)
**ALDRIDGE PITE, LLP**
ecfcanb@aldridgepite.com
3333 Camino del Rio South
Suite 225
San Diego CA 92108
Telephone: (858) 750-7600
Facsimile: (619) 590-1385

Attorneys for   Wilmington Trust, National
Association, as Successor Trustee to Citibank, N.A.,
as Trustee for Bear Stearns ALT-A Trust, Mortgage
Pass-Through Certificates, Series 2006-4

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| In re | Case No. 26-30518-DM |
| DEMAS YAN, | Chapter 7 |
| Debtor. | **WILMINGTON TRUST, NATIONAL ASSOCIATION, AS SUCCESSOR TRUSTEE TO CITIBANK, N.A., AS TRUSTEE FOR BEAR STEARNS ALT-A TRUST, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-4'S REQUEST FOR SPECIAL NOTICE** |

**TO ALL INTERESTED PARTIES**:

**PLEASE TAKE NOTICE** that the firm of ALDRIDGE PITE, LLP, attorneys for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4 hereby requests special notice of all events relevant to the above-referenced bankruptcy and copies of all pleadings or documents filed in relation to the above-referenced bankruptcy, including all pleadings or notices under Federal Rules of Bankruptcy Procedure, Rule 2002, the commencement of any adversary proceedings, the filing of any requests for hearing, objections, and/or notices of motion, or any other auxiliary filings, as well as notice of all matters which must be noticed to creditors, creditors committees and parties-in-interest and other notices as required by the United States Bankruptcy Code and Rules and/or Local Rules of the above-referenced bankruptcy court.

-1-    Case No. 26-30518-DM

**REQUEST FOR SPECIAL NOTICE**

Case: 26-30518   Doc# 17   Filed: 06/29/26   Entered: 06/29/26 07:28:01   Page 1 of 4

ALDRIDGE PITE, LLP, requests that for all notice purposes and for inclusion in the Master Mailing List in this case, the following address be used:

ALDRIDGE PITE, LLP
3333 Camino del Rio South, Suite 225
San Diego, CA 92108

Neither this Request for Special Notice nor any subsequent appearance, pleading, claim, proof of claim, documents, suit, motion nor any other writing or conduct, shall constitute a waiver of the within party's:

a. Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

b. Right to receive service pursuant to Fed. R. Civ. P. 4 made applicable to the instant proceeding by Fed. R. Bankr. P. 7004, notwithstanding Aldridge Pite, LLP's participation in the instant proceeding. This Request for Special Notice shall not operate as a confession and/or concession of jurisdiction. Moreover, the within party does not authorize Aldridge Pite, LLP, either expressly or impliedly through Aldridge Pite, LLP's participation in the instant proceeding, to act as its agent for purposes of service under Fed. R. Bankr. P. 7004;

c. Right to trial by jury in any proceeding as to any and all matters so triable herein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, notwithstanding the designation or not of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), and whether such jury trial right is pursuant to statute or the United States Constitution;

d. Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and

e. Other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements at law or in equity or under the United States Constitution.

**REQUEST FOR SPECIAL NOTICE**

Case: 26-30518   Doc# 17   Filed: 06/29/26   Entered: 06/29/26 07:28:01   Page 2 of 4

ALDRIDGE PITE, LLP

Dated: June 24, 2026

/s/ Asaph Abrams

Attorneys for Wilmington Trust, National Association, as Successor Trustee to Citibank, N.A., as Trustee for Bear Stearns ALT-A Trust, Mortgage Pass-Through Certificates, Series 2006-4

-3- CASE NO. 26-30518-DM

**REQUEST FOR SPECIAL NOTICE**

Case: 26-30518   Doc# 17   Filed: 06/29/26   Entered: 06/29/26 07:28:01   Page 3 of 4

# CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing **REQUEST FOR SPECIAL NOTICE** to be served on June 29, 2026.  Service was accomplished by the method and to the following as indicated:

BY ELECTRONIC NOTICE OR FIRST CLASS MAIL

**<u>DEBTOR</u>**
**<u>(via U.S. Mail)</u>**

Demas Yan
1433 7th ave
San Francisco, CA 94122

**<u>DEBTOR'S ATTORNEY</u>**
**<u>(via electronic notice)</u>**

PRO SE

**<u>TRUSTEE</u>**
**<u>(via electronic notice)</u>**

Michael G. Kasolas
P.O. Box 27526
San Francisco, CA 94127
trustee@kasolas.net

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 29, 2026 /s/ *Tammy Williams*

-4- CASE No. 26-30518-DM

**REQUEST FOR SPECIAL NOTICE**